**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**PATRICIA ENRIGHT,**

      **Plaintiff,**

**v.**                                   **Civil Action No. 1:23-cv-01230-MSN-IDD**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

      **Defendant.**

### <u>JOINT MOTION TO CONFIRM ARBITRATION AWARD</u>

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, Plaintiff Patricia Enright ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, "the Parties"), by counsel, respectfully move this Court for an order confirming the arbitration award. In support thereof, the Parties state as follows:

1.      Plaintiff filed the Complaint on September 12, 2023. *See* Dkt. 1.

2.      On Experian's motion, this Court compelled Plaintiff's claims to arbitration on January 26, 2024. *See* Dkt. 28.

3.      Arbitrator Hannah Berkowitz entered a final arbitration award on October 13, 2025. *See* Dkt. 31-1 ("the Award").

4.      Plaintiff moved this Court to modify the Award on January 16, 2026, *see* Dkt. 30, and the Court denied her motion on March 2, 2026. *See* Dkt. 41.

5.      Generally, "the Court 'must grant' confirmation 'unless the award is vacated, modified, or corrected.'" *France v. Bernstein*, No. 1:24-cv-00448-RDA-WEF, 2025 WL 350236, at *3 (E.D. Va. Jan. 30, 2025) (quoting 9 U.S.C. § 9).

WHEREFORE, the Parties respectfully request that this Court confirm the Award.

Dated: March 19, 2026                                  Respectfully submitted,


*/s/ A. Hugo Blankingship , III*                       */s/ Mary C. Zinsner*
A. Hugo Blankingship , III                             Mary C. Zinsner
Thomas Bryan Christiano                                Virginia State Bar No. 31397
BLANKINGSHIP & CHRISTIANO, P.C.                        TROUTMAN PEPPER LOCKE LLP
11862 Sunrise Valley Drive, Suite 201                  401 9th Street NW, Suite 1000
Reston, VA 20191-1438                                  Washington, DC 20004
571-313-0412                                           Telephone: (202) 274-1932
Fax: 571-313-0582                                      Facsimile: (703) 448-6510
Email: tom@blankingship.com                            Email: mary.zinsner@troutman.com
Email: hugo@blankingship.com
                                                       David N. Anthony
*Attorneys for Plaintiff*                              Virginia State Bar No. 31696
                                                       TROUTMAN PEPPER LOCKE LLP
                                                       1001 Haxall Point
                                                       Richmond, VA 23219
                                                       Telephone: (804) 697-5410
                                                       Facsimile: (804) 698-5118
                                                       Email: david.anthony@troutman.com

                                                       Jeffrey R. Johnson
                                                       Thomas Edward Hopson
                                                       JONES DAY
                                                       51 Louisiana Ave NW
                                                       Washington, DC 20001
                                                       Telephone:  202.879.3939
                                                       Facsimile:  202.626.1700
                                                       Email:  jeffreyjohnson@jonesday.com
                                                       Email:  thopson@jonesday.com

                                                       *Counsel for Experian Information Solutions,
                                                       Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of March 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Mary C. Zinsner*
Mary C. Zinsner
*Counsel for Experian Information Solutions, Inc.*