**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

PATRICIA ENRIGHT,

     Plaintiff,

v.

                                      Civil Action No. 1:23-cv-01230-MSN-IDD

EXPERIAN INFORMATION
SOLUTIONS, INC.,

     Defendant.

## ORDER

This matter is before the Court on the Parties' Joint Motion to Confirm Arbitration Award.

For the reasons stated in the Parties' motion and the reasons stated in open court on February 27,

2026, it is hereby

     **ORDERED** that the Parties' Joint Motion to Confirm Arbitration Award is **GRANTED**;

and it is further

     **ORDERED** that the Arbitration Award is **CONFIRMED**.

The Clerk is directed to forward a copy of this Order to counsel of record and to terminate

this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

Dated: 3/19/26

_____
Honorable Michael S. Nachmanoff
United States District Court Judge